# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DUMDIE, DEBRA J. | § | Case No. 14-37486 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 0.00
*(Without deducting any secured claims)*

Assets Exempt: 12,515.32

Total Distributions to Claimants: 3,572.96

Claims Discharged
Without Payment: 13,641.47

Total Expenses of Administration: 1,252.30

3) Total gross receipts of $ 4,825.26 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 4,825.26 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,252.30 | 1,252.30 | 1,252.30 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 16,778.00 | 17,214.43 | 17,214.43 | 3,572.96 |
| **TOTAL DISBURSEMENTS** | $ 16,778.00 | $ 18,466.73 | $ 18,466.73 | $ 4,825.26 |

4)  This case was originally filed under chapter 7 on  10/16/2014 .  The case was pending for 9 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/09/2015                    By:/s/Peter N. Metrou, Trustee
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Life insurance policy w/ Prudential | 1129-000 | 4,825.26 |
| TOTAL GROSS RECEIPTS | | $4,825.26 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | 2100-000 | NA | 1,206.32 | 1,206.32 | 1,206.32 |
| PETER N METROU | 2200-000 | NA | 25.98 | 25.98 | 25.98 |
| Associated Bank | 2600-000 | NA | 20.00 | 20.00 | 20.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,252.30 | $ 1,252.30 | $ 1,252.30 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 300.00 | 300.00 | 62.27 |
| 000001 | DISCOVER BANK | 7100-000 | 16,778.00 | 16,914.43 | 16,914.43 | 3,510.69 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 16,778.00 | $ 17,214.43 | $ 17,214.43 | $ 3,572.96 |

**FORM 5**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 14-37486 | BWB | Judge: BRUCE W. BLACK |
|---|---|---|---|
| Case Name: | DUMDIE, DEBRA J. | | |

For Period Ending:  07/09/15

| Trustee Name: | Peter N. Metrou, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 10/16/14 (f) |
| 341(a) Meeting Date: | 11/10/14 |
| Claims Bar Date: | 03/06/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account @ Bank of Montgomery | 35.00 | 0.00 | | 0.00 | FA |
| 2. Savings account @ Bank of Montgomery | 50.00 | 0.00 | | 0.00 | FA |
| 3. Misc. household goods & furnishings | 50.00 | 0.00 | | 0.00 | FA |
| 4. Necessary wearing apparel | 250.00 | 0.00 | | 0.00 | FA |
| 5. Life insurance policy w/ Prudential | 8,614.00 | 0.00 | | 4,825.26 | FA |
| 6. 401K thru employer | 6,265.32 | 0.00 | | 0.00 | FA |
| 7. 2000 Chevy Impala w/ 53K miles | 2,000.00 | 0.00 | | 0.00 | FA |

|  |  |  |  | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $17,264.32 | $0.00 | | $4,825.26 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Settlement re life ins value to estate - funds received - ready for claims review and TFR

Initial Projected Date of Final Report (TFR): 12/01/21     Current Projected Date of Final Report (TFR): 12/01/15

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | | |
|---|---|---|
| Case No: | 14-37486 -BWB | |
| Case Name: | DUMDIE, DEBRA J. | |
| Taxpayer ID No: | *******9575 | |
| For Period Ending: | 07/09/15 | |

| | | |
|---|---|---|
| Trustee Name: | Peter N. Metrou, Trustee | |
| Bank Name: | Associated Bank | |
| Account Number / CD #: | *******5249  Checking Account | |
| Blanket Bond (per case limit): | $ 1,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/15 | 5 | Jordan Legal Group<br>Client Trust Account<br>1999 W. Galena Blvd., Suite B<br>Aurora, IL 60506 | Payment of Life Ins value | 1129-000 | 4,825.26 | | 4,825.26 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,815.26 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,805.26 |
| 06/16/15 | 005001 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL  60543 | Chapter 7 Compensation/Expense | | | 1,232.30 | 3,572.96 |
| | | | Fees         1,206.32 | 2100-000 | | | |
| | | | Expenses        25.98 | 2200-000 | | | |
| 06/16/15 | 005002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 20.75559% | 7100-000 | | 3,510.69 | 62.27 |
| 06/16/15 | 005003 | American InfoSource LP as agent for<br>Presence Health<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Claim 000002, Payment 20.75667% | 7100-000 | | 62.27 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 4,825.26 | 4,825.26 |

Ver: 18.04

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

**Exhibit 9**

| Case No: | 14-37486 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | DUMDIE, DEBRA J. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5249  Checking Account |
| Taxpayer ID No: | *******9575 | | |
| For Period Ending: | 07/09/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 4,825.26 | 4,825.26 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 4,825.26 | 4,825.26 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 4,825.26 | 4,825.26 | |

|  |  |  |  |
|---|---|---|---|
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******5249 | 4,825.26 | 4,825.26 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 4,825.26 | 4,825.26 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00                0.00

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*